UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __5:09-cr-21 BAK__
__L0148118/CA24__

U.S.A.
v.
__Frank J. Rigdon__

[ ORDER TO PAY ]

(this area intentionally left blank)

---

YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) FINE of $ __115.00__          (✓) Penalty ASSESSMENT of $ __10.00__
(✓) PROCESSING Fee of $ __25.00__    for a TOTAL AMOUNT of $ __150.00__,
paid within __2 months__ days / months OR payments of $ _____ per month, commencing
_____ and due on the _____ of each month until PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[✓] CENTRAL VIOLATIONS BUREAU      [ ] CLERK, U.S.D.C.            [✓] CLERK, U.S.D.C.
    PO Box 70939                        501 'I' St., #4-200              2500 Tulare St., Rm 1501
    Charlotte, NC 28272-0939            Sacramento, CA 95814             Fresno, CA 93721
    1-800-827-2982                                                       __661-326-6690__

Your check or money order must indicate your name and citation/case number shown above to ensure your account is credited for payment received.

DATED: __11/3/2009__          /s/ A.C. Leon-Guerrero
                              for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007